OFFICIAL RECORDS OF
Unofficial
Document

WHEN RECORDED MAIL TO :
**Tiffany & Bosco, P.A.**
**2525 E. Camelback Rd.**
**Ste. 300**
**Phoenix, AZ 85016**

Forward Tax Statements to :
Everhome Mortgage Company/Fidelity
8100 Nations Way
Jacksonville, FL 32256

T & B File # 09-03893 FNMA
Mortgage Co.# 9000539840
Title Co. # 090241463

EXEMPT TRANSACTION – NO AFFIDAVIT
ARS 11-1134 (B)(1)

# TRUSTEE'S DEED UPON SALE

**Michael A. Bosco, Jr.** , as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

herein called Grantee, the following described real property situated in **Maricopa** County, described as :

**Lot 13, WEST VERNON, according to Book 10 of Maps, page 26, records of Maricopa County, Arizona.**

This conveyance is made pursuant to the powers including the power of sale conferred upon Trustee by said Deed of Trust executed **Daniel James Burrough, a married man, as his sole and separate property** , as Trustor, recorded on **01/24/06**, Instrument No./Docket-Page: **2006-0106573** Official Records in the Office of the County Recorder of **Maricopa** County, **AZ** and in compliance with the laws of the State of Arizona authorizing this conveyance.

Said property was sold by Trustee at Public auction on August 31, 2010, at the place named in the Notice of Trustee's Sale. "Grantee", being the highest bidder at such sale, became the purchaser of said property and made payment thereof to said Trustee for the amount bid, namely $311,634.82, which payment was made either entirely in cash or by the satisfaction, protanto, of the obligation then secured by said Deed of Trust, together with the foreclosure and expenses relative thereto.

IN WITNESS WHEREOF, MICHAEL A. BOSCO, JR., as Trustee, has this day caused his name to be hereunto affixed.

________________________
Michael A. Bosco, Jr.

State of Arizona )
)ss.
County of Maricopa )

The foregoing instrument was acknowledged Unofficial Document before me this August 31, 2010, by Michael A. Bosco, Jr., as Trustee.

My Commission Expires:

________________________
Notary Public

