# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANIEL JAMES BURROUGH |
| **Case Number:** | 2:10-bk-35250-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 16, 2011 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FEDERAL NATIONAL MORTGAGE ASSOC

**R / M #:** 11 / 0

## Appearances:

KYLE A. KINNEY, ATTORNEY FOR DANIEL JAMES BURROUGH
DARYL DORSEY, ATTORNEY FOR MOVANT

## Proceedings:

Mr. Dorsey reviewed the history of this matter advising the trustees sale took place prior to the bankruptcy filing and his client would like to obtain the property.

Mr. Kinney informed he filed an adversary this morning because there was a wrongful foreclosure. He requested the Court consolidate this motion with the adversary proceeding.

COURT: IT IS ORDERED GRANTING STAY RELIEF TO PERMIT FANNIE MAE TO PURSUE THE FED ACTION IN STATE COURT LIMITED TO THE EXTENT THAT FANNIE MAE MAY NOT SEEK TO ENFORCE ANY MONEY JUDGMENT AS A RESULT OF THAT FED ACTION. MR. DORSEY MAY UPLOAD A FORM OF ORDER.