Kyle A. Kinney, Esq. (Bar No. 027189)
**Law Offices of Kyle A. Kinney, PLLC**
3844 North 32nd Street, Suite 10
Phoenix, AZ 85018
Phone: (480) 650-2292
Fax: (480) 614-9414
Email: kyle@kinneylaw.net

*Attorney for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| Daniel Burrough, | Case No. 2:11-ap-00333-RJH |
|---|---|
| Debtor | **MOTION FOR RECONSIDERATION** |

COMES NOW Daniel Burrough, Debtor, by and through counsel, hereby requests this Court reconsider its ruling of the February 16, 2011 Preliminary Hearing. A Motion for Stay Relief was filed by Federal National Mortgage Association ("FNMA") and granted. It allowed FNMA to pursue a forcible entry and detailer ("FED") action in state court for real property located at 30 West Vernon Avenue, Phoenix, Arizona 85003 (the "Property"). At the time of the hearing, Debtor had filed an Adversary Proceeding against FNMA challenging FNMA's standing, alleging breach of contract, breach of the covenant of good faith and fair dealing, unjust enrichment, seeking to void the trustee's sale for violations of ARS § 33-801 et seq, and failure to comply with ARS § 47-3301, 3308, or 3309. Debtor asked this court for an evidentiary hearing and to consolidate the two actions.

At the time of the February 16, 2011 hearing, evidently Debtor had not listed his residence on Schedule A because the foreclosure sale had already occurred. This appeared to be the court's only concern. Debtor was under the assumption that because his house had been erroneously sold it could not be listed as an asset. Debtor has since amended his

Schedule A (Doc. Entry No. 31) to include his residence as an asset of the estate Debtor's residence is necessary for an effective reorganization.

In violation of its Servicer Participating Agreement, EverHome Mortgage Company, the servicer, requested an up front fee in order to review his loan file for a modification. Debtor was attempting to work out a loan modification, but was improperly foreclosed upon.

Therefore, good cause exists for this Court to reconsider its order lifting the stay and grant Debtor its request for an evidentiary hearing and to consolidate the two (2) actions.

DATED this 3rd day of March 2011.

LAW OFFICES OF KYLE A. KINNEY, PLLC

By: /s/Kyle A. Kinney
Kyle A. Kinney, Esq. (Bar No. 027189)
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on March 3, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

United States Bankruptcy Trustee
230 North First Ave. Suite 204
Phoenix, AZ 85003

**EDWARD J. MANEY**
P.O. BOX 10434
PHOENIX, AZ 85064-0434

Mark S. Bosco
Tiffany & Bosco
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
*Attorneys for Federal National Mortgage Association*

and mailed, via the United States Postal Service a copy of the attached documents to the above named parties as well as the following parties:

/s/ Kyle A. Kinney