**IT IS HEREBY DENIED.**

To the extent this is intended as a motion for stay pending appeal pursuant to Bankruptcy Rule 8005, it is denied because no cause shown and no likelihood of success on appeal.

Dated: May 03, 2011



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Kyle A. Kinney, Esq. (Bar No. 027189)
**Law Offices of Kyle A. Kinney, PLLC**
3844 North 32nd Street, Suite 10
Phoenix, AZ 85018
Phone: (480) 650-2292
Fax: (480) 614-9414
Email: kyle@kinneylaw.net
*Attorney for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Burrough,<br><br>Debtor,<br><br>Federal National Mortgage Association,<br><br>Movant,<br><br>v.<br><br>Daniel James Burrough, Debtor,<br>Edward J. Maney, Trustee<br><br>Respondents. | Case No. 2:10-bk-35250-RJH<br><br>**NOTICE OF APPEAL**<br><br>**REQUEST FOR STAY PENDING APPEAL** |

COMES NOW Daniel J. Burrough, Debtor, by and through counsel, and pursuant to FRBP § 8002(a), hereby provides notice of appeal from the Courts March 23, 2011, Order Denying Motion for Reconsideration December 27, 2010 judgment to be filed in the above captioned matter pursuant to ARS 12-1182. Defendant requests the Court stay the issuance or enforcement of the Writ of Restitution pending the appeal, or in the alternative defendant moves the Court to set a bond hearing and allow reasonable time to post a bond prior to issuing lifting the stay on the subject real property.

WHEREFORE Debtor requests a stay pending appeal or a bond hearing and an opportunity to post bond prior to lifting the automatic stay.